SCOTT N. SCHOOLS (SCBN 9990)
Interim United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7004
    Fax: (415) 436-7234
    E-mail: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0103 WHA |
|     Plaintiff, ) | |
| v. ) | **PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| DONIEL NUNN, ) | |
|     Defendant. ) | |

TO:    The Honorable Joseph C. Spero, United States Magistrate Judge of the United States District Court for the Northern District of California:

    The United States respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner DONIEL NUNN, whose place of custody and jailor are set forth in the requested Writ, attached hereto. The prisoner is required to appear in the above-entitled matter in this Court.

WRIT AD PROSEQUENDUM        1
CR 07-0103 WHA

| | |
|---|---|
| DATED: March 2, 2007 | Respectfully submitted, |
| | SCOTT N. SCHOOLS<br>Interim United States Attorney |
| | _____/s/_____<br>ANDREW P. CAPUTO<br>Assistant United States Attorney |

**IT IS SO ORDERED.**

DATED:  March 5, 2007

_____
HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

WRIT AD PROSEQUENDUM                2
CR 07-0103 WHA

## THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: FEDERICO L. ROCHA, United States Marshal, Northern District of California, any of his authorized deputies, and any Jailor or Warden of San Quentin State Prison

## GREETINGS

WE COMMAND that on March 12, 2007, at 9:30 a.m, you have and produce the body of DONIEL NUNN, CDC#J25560, in your custody in the above-mentioned institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the Honorable Joseph C. Spero, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102, so DONIEL NUNN may then and there appear for prosecution upon the charges filed against him in the above-captioned case, and that immediately after said hearing to return him forthwith to the above-mentioned institution, or to abide by such order of the above-entitled Court concerning the custody of DONIEL NUNN, and further to produce DONIEL NUNN at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED THAT should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal or his authorized deputies under this Writ.

WITNESS the Honorable Joseph C. Spero, United States Magistrate Judge of the United States District Court for the Northern District of California.

Dated: March 5, 2007

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____Karen L. Hom_____
DEPUTY CLERK

WRIT AD PROSEQUENDUM         3
CR 07-0103 WHA