SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ANDREW P. CAPUTO (CASBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7004
    Fax: (415) 436-7234
    Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0103 WHA |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| DONIEL NUNN, | |
| Defendant. | |

    With the agreement of the parties, and with the consent of defendant Doniel Nunn, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from April 17, 2007, to May 1, 2007. The parties agree, and the Court finds and holds, as follows:

    1.    Defendant agreed to an exclusion of time under the Speedy Trial Act from April 17, 2007, to May 1, 2007. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case.

    2.    Given these circumstances, the Court found that the ends of justice served by excluding the period from April 17, 2007, to May 1, 2007, outweigh the best interest of the

1  public and the defendant in a speedy trial.  Id. at § 3161(h)(8)(A).
2       3.     Accordingly, and with the consent of the defendant, at the hearing on April 17,
3  2007, the Court ordered that the period from April 17, 2007, to May 1, 2007, be excluded from
4  Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
5       IT IS SO STIPULATED.

7  DATED: April 18, 2007                    _____/s/_____
                                             STEVEN KOENINGER
8                                            Attorney for Defendant

10 DATED: April 17, 2007                    _____/s/_____
                                             ANDREW P. CAPUTO
11                                           Assistant United States Attorney

13      IT IS SO ORDERED.

15 DATED: April 19, 2007.                   _____
                                             HON. WILLIAM H. ALSUP
16                                           United States District Judge

2