MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile: (415) 474-3748

Attorney for Defendant
DONIEL NUNN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ooo

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DONIEL NUNN,

    Defendant.

_____/

CR. 07-0103-WHA

**STIPULATION TO CONTINUE
DATE FOR STATUS CONFERENCE**

    Defendant DONIEL NUNN, by and through his counsel Michael Stepanian, and Assistant United States Attorney Andrew P. Caputo hereby stipulate and agree that the status conference presently set for July 3, 2007, be continued to July 24, 2007 at 2:00 p.m. This continuance is at the request of defense counsel who was appointed by the Court on June 25, 2007 and needs sufficient time to review the discovery and to then meet and confer with his client.

    The time period from June 25, 2007 to July 24, 2007, would be deemed excludable pursuant to 18 U.S.C. Section 3161(h)(8)(A), given that the ends of justice served by granting a continuance outweigh the best interests of the public and of the defendant in a speedy trial. Additionally, pursuant to 18 U.S.C. Section 3161(h)(8)(B)(ii) given the

1 fact that defense counsel was appointed on June 25, 2007 and did not receive the
2 discovery until June 27, 2007, it is unreasonable to expect adequate preparation for trial
3 proceedings within the limits established by the Speedy Trial Act.

Date: June 28, 2007   /s/ Michael Stepanian
　　　　　　　　　　　MICHAEL STEPANIAN
　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　DONIEL NUNN

Date: June 28, 2007   /s/ Andrew P. Caputo
　　　　　　　　　　　ANDREW P. CAPUTO
　　　　　　　　　　　Assistant United States Attorney

SO ORDERED:
　July 2
　_____, 2007
　　　　　　　　　　　_____
　　　　　　　　　　　WILLIAM H. ALSUP
　　　　　　　　　　　United States District Court Judge

IT IS SO ORDERED
Judge William Alsup

2